[No. 19997.   *En Banc.*   February 4, 1927.]

THE STATE OF WASHINGTON *on the Relation of State Savings & Loan Association, Plaintiff*, v. THE SUPERIOR COURT FOR YAKIMA COUNTY *et al., Respondents.*[1]

Application filed in the supreme court April 28, 1926, for a writ of prohibition to prevent the superior court for Yakima county, Hawkins, J., from further proceeding in a cause. Granted.

*A. O. Burmeister* and *Shumate & Cheney*, for relator.

*Snively & Bounds*, for respondents.

PER CURIAM.—This is a companion case to that of *State ex rel. State Savings & Loan Association v. Superior Court, ante*, p. 296, 252 Pac. 923. The question in each case is the same. For the reasons given in that case a permanent writ will issue in this case.

[1]Reported in 252 Pac. 924.